No. 03–7061. WALTERS v. GUILFOYLE ET AL. C. A. 10th Cir. Certiorari denied. 

No. 03–7062. MAURY v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. 

No. 03–7063. LOPEZ v. SCRIBNER, WARDEN, ET AL.; and LOPEZ v. CALDERON, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 68 Fed. Appx. 63 (first judgment); 73 Fed. Appx. 302 (second judgment).

No. 03–7067. HOGUE v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 03–7069. HALE v. LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–7070. BRADHAM v. MICHAEL, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 03–7071. GREER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–7073. HALL v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–7075. GARNETT v. PAYNE ET AL. Ct. App. Ga. Certiorari denied.

No. 03–7077. GOSHA v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03–7078. HARBIN v. MICHIGAN. Cir. Ct. Ottawa County, Mich. Certiorari denied.

No. 03–7079. FAIRCLOUGH v. LAMBDIN, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 03–7083. BROWN v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied. 

No. 03–7085. WILLIAMS v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.